UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PIERRE LAVI ON BEHALF OF TURBO DYNAMICS CORPORATION,<br><br>                              Plaintiff,<br><br>              -against-<br><br>SONELGAZ GROUP OF COMPANIES, et al,<br><br>                              Defendants. | 22-CV-7514 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 30, 2023
            New York, New York

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge